UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEJANDRO VILLAREAL, § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | C.A. NO. C-04-513 | |
| § | | |
| JO ANNE V. BARNHART, § | | |
| COMMISSIONER OF SOCIAL § | | |
| SECURITY, § | | |
|    Defendant. § | | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On November 21, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 29). Objections were timely filed but have no merit (D.E. 30). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's Motion for Summary Judgment (D.E. 24) is DENIED. The Commissioner's determination that plaintiff is not disabled is AFFIRMED.

ORDERED this ____31st____ day of ____January____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE